# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
# NORTHERN DIVISION

**VICTOR JACKSON, II** **PETITIONER**

**V.** **CAUSE NO. 3:23-CV-227-CWR-LGI**

**WARDEN C. HARRISON** **RESPONDENT**

## ORDER ADOPTING REPORT AND RECOMMENDATION

This matter is before the Court pursuant to the Report and Recommendation of the United States Magistrate Judge, which was entered on April 30, 2024. Docket No. 10. The Report and Recommendation notified the parties that failure to file written objections to the findings and recommendations contained therein within 14 days after service would bar further appeal in accordance with 28 U.S.C. § 636. *Id*. The mail was returned as undeliverable on May 20, 2024, Docket No. 11. The petitioner had not kept the Court informed of his change in address, as required by the Court. *See* Docket No. 2 at 2. Court staff located Petitioner's new address and mailed the Report and Recommendation to his new address at RRM Nashville on June 12, 2024. *See* docket.

This Court, finding that there has been no submission of written objections by any party, hereby adopts said Report and Recommendation as the Order of this Court. Accordingly, a separate Final Judgement will issue dismissing this case without prejudice for failure to exhaust.

**SO ORDERED**, this the 26th day of August, 2024.

s/ Carlton W. Reeves
UNITED STATES DISTRICT JUDGE